# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 21-08M |
| KEVIN SEEFRIED, | ) ) ) |
| Defendant. | ) |

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this **14th** day of **February, 2021,** IT IS HEREBY ORDERED that **Eleni Kousoulis, Esq.,** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

          */s/ Christopher J. Burke*
          Christopher J. Burke
          UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender
    800 King Street, Suite 200
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney